CASE NO.: 1:10-mc-00471-TJK- RESPONSE OF AMERICAN EXPRESS NATIONAL BANK

## INTERROGATORES TO GARNISHEE

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to AERO CONTINENTE, S.A. (specifically including, but not limited to, the accounts blocked by American Express Bank, FSB, now merged into American Express National Bank, on or after June 1, 2004 under the four account numbers listed below), and, if so, how, and in what amount?

    *Account numbers*:
    1570019     1570027     1570035     1570043

ANSWER: Acct # 1570043 - $661,948.64; Acct # 1570035 - $39,607.11; Acct # 1570027 - $379,411.08; Acct # 1570019 - $71,531.77

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of AERO CONTINENTE, S.A. in your possession or charge, and, if so, what?

ANSWER: See response to No. 1.

3. Has OFAC ever issued any license authorizing the transfer, disposition, assignment or lien of any blocked assets of AERO CONTINENTE, S.A. after it was designated and blocked in 2004 as a Specially Designated Narcotics Trafficker [SDNTK] under the Foreign Narcotics Kingpin Designation Act? If so, please provide the date, the name of the licensee, the nature of the action licensed, and produce a copy of said license(s).

ANSWER:   AENB does not have any knowledge of any license, general or specific, issued by OFAC, with respect to AeroContinente, S.A

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: September 30, 2019

Garnishee - American Express National Bank



UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

KEITH STANSELL,
MARC GONSALVES,
THOMAS HOWES,
JUDITH G. JANIS,
CHRISTOPHER T. JANIS,
ESTATE OF GREER C. JANIS,
MICHAEL I. JANIS, and
JONATHAN N. JANIS,

CASE NO.: 1:10-mc-00471-TJK

    Plaintiffs,
vs.

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC); et al.,

    Defendants.
_____/

## WRIT OF ATTACHMENT
## OTHER THAN WAGES, SALARY AND COMMISSIONS

To:    AMERICAN EXPRESS NATIONAL BANK, Garnishee
formerly known as American Express Bank, FSB,
c/o CT Corporation System, 1015 15th St NW, Suite 1000, Washington D.C. 20005

You are hereby notified that any non-exempt money, property or credits other than wages, salary and commissions of defendants' agency or instrumentality:

AERO CONTINENTE, S.A. [SDNTK]
8940 NW 24 Terrace
Miami, FL 33172

AERO CONTINENTE, S.A. [SDNTK]
Jr. Francisco Bolognesi 125, Piso 16
Miraflores, Lima 18, Peru),

are seized by this Writ of Attachment, and you are required to hold it and not pay or surrender it to the defendant, or to anyone else without an Order from this Court.

The judgment against the defendants was entered June 15, 2010 and there still remains due and owing Three Hundred One Million, Eight Hundred Thirty One Thousand, One Hundred Seventy Eight Dollars and 28 cents ($301,831,178.28) on the Judgment awarded.



Within ten (10) days after this writ is served upon you, you are required to answer the following interrogatories, UNDER PENALTY OF PERJURY, and to file in this Court one copy of this paper with your answers written thereon, and to serve a copy, by mail or other means, upon the plaintiffs' counsel listed below and upon AERO CONTINENTE, S.A. If you fail to do so, judgment may be entered against you for the entire amount of the Plaintiff's claims with interests and costs.

Witness the Honorable Chief Judge of said Court, this 29th day of August, 2019.

Angela D. Caesar, Clerk

By _____
Deputy Clerk

Newton Porter, Esq.
Tony Korvick, Esq.
Attorneys for Plaintiffs
PORTER & KORVICK, P.A.
9655 South Dixie Highway Suite 208
Miami, Florida 33156 (305) 373-5040
nporter@porterandkorvick.com
tkorvick@porterandkorvick.com

## INTERROGATORIES IN ATTACHMENT

### NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories on page 3 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b). D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiffs' counsel and AERO CONTINENTE, S.A, by mail or other means.

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522. D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

2

CASE NO.: 1:10-mc-00471-TJK- RESPONSE OF AMERICAN EXPRESS NATIONAL BANK

## INTERROGATORES TO GARNISHEE

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to AERO CONTINENTE, S.A. (specifically including, but not limited to, the accounts blocked by American Express Bank, FSB, now merged into American Express National Bank, on or after June 1, 2004 under the four account numbers listed below), and, if so, how, and in what amount?

*Account numbers:*
1570019    1570027    1570035    1570043

ANSWER: Acct # 1570043 - $661,948.64; Acct # 1570035 - $39,607.11; Acct # 1570027 - $379,411.08; Acct # 1570019 - $71,531.77

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of AERO CONTINENTE, S.A. in your possession or charge, and, if so, what?

ANSWER: See response to No. 1.

3. Has OFAC ever issued any license authorizing the transfer, disposition, assignment or lien of any blocked assets of AERO CONTINENTE, S.A. after it was designated and blocked in 2004 as a Specially Designated Narcotics Trafficker [SDNTK] under the Foreign Narcotics Kingpin Designation Act? If so, please provide the date, the name of the licensee, the nature of the action licensed, and produce a copy of said license(s).

ANSWER: AENB does not have any knowledge of any license, general or specific, issued by OFAC, with respect to AeroContinente, S.A

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: September 30, 2019         _____
                                  Garnishee - American Express National Bank

3

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

KEITH STANSELL,
MARC GONSALVES,
THOMAS HOWES,
JUDITH G. JANIS,
CHRISTOPHER T. JANIS,
ESTATE OF GREER C. JANIS,
MICHAEL I. JANIS, and
JONATHAN N. JANIS,

CASE NO.: 1:10-mc-00471-TJK

    Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC); et al.,

    Defendants.
_____/

## WRIT OF ATTACHMENT
## OTHER THAN WAGES, SALARY AND COMMISSIONS

To:    AMERICAN EXPRESS NATIONAL BANK, Garnishee
formerly known as American Express Bank, FSB,
c/o CT Corporation System, 1015 15th St NW, Suite 1000, Washington D.C. 20005

    You are hereby notified that any non-exempt money, property or credits other than wages, salary and commissions of defendants' agency or instrumentality:

AERO CONTINENTE, S.A. [SDNTK]
8940 NW 24 Terrace
Miami, FL 33172

AERO CONTINENTE, S.A. [SDNTK]
Jr. Francisco Bolognesi 125, Piso 16
Miraflores, Lima 18, Peru),

are seized by this Writ of Attachment, and you are required to hold it and not pay or surrender it to the defendant, or to anyone else without an Order from this Court.

    The judgment against the defendants was entered June 15, 2010 and there still remains due and owing Three Hundred One Million, Eight Hundred Thirty One Thousand, One Hundred Seventy Eight Dollars and 28 cents ($301,831,178.28) on the Judgment awarded.

Within ten (10) days after this writ is served upon you, you are required to answer the following interrogatories, UNDER PENALTY OF PERJURY, and to file in this Court one copy of this paper with your answers written thereon, and to serve a copy, by mail or other means, upon the plaintiffs' counsel listed below and upon AERO CONTINENTE, S.A. If you fail to do so, judgment may be entered against you for the entire amount of the Plaintiff's claims with interests and costs.

Witness the Honorable Chief Judge of said Court, this 29th day of August, 2019.

Angela D. Caesar, Clerk

By _____
Deputy Clerk

Newton Porter, Esq.
Tony Korvick, Esq.
Attorneys for Plaintiffs
PORTER & KORVICK, P.A.
9655 South Dixie Highway Suite 208
Miami, Florida 33156 (305) 373-5040
nporter@porterandkorvick.com
tkorvick@porterandkorvick.com

## INTERROGATORIES IN ATTACHMENT

### NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories on page 3 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiffs' counsel and AERO CONTINENTE, S.A, by mail or other means.

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

2

