# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH STANSELL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>REVOLUTIONARY ARMED FORCED OF COLOMBIA (FARC); et al.,<br><br>    Defendants,<br><br>WELLS FARGO BANK, N.A.,<br><br>    Garnishee. | CIVIL ACTION CASE NO:<br><br>**1:10-mc-00471-TJK** |

## STIPULATION AND NOTICE OF COMPLIANCE WITH ORDER CONCERNING TURNOVER BY GARNISHEE WELLS FARGO BANK, N.A.

Plaintiffs and Garnishee Wells Fargo Bank, N.A. ("Wells Fargo"), file this Stipulation and Notice of Compliance with the Order concerning turnover on Plaintiff's Writ of Attachment (the "Writ") and Wells Fargo's Response to Writ of Attachment: Order (D.E. 69), Writ (D.E 34), and Response (D.E. 49).

On July 10, 2020 the Court directed Wells Fargo to release the funds under the Writ in the amount of $235,236.60 to Plaintiffs' Counsel – "Porter & Korvick P.A. Trust Account." Order D.E. 69.

On July 24, 2020 Wells Fargo delivered the sum of $297,596.08 by electronic funds transfer to "Porter & Korvick P.A. Trust Account" (account information to effect transfer provided privately and directly to Counsel for Wells Fargo by Plaintiffs' Counsel).

The delivery of such funds constitutes compliance by Wells Fargo and discharge and satisfaction in full of the Court's Order (D.E. 69), the Writ, and all other filings recited above.

Accordingly, Garnishee Wells Fargo, and all funds, money, EFT funds, maintained or held at Wells Fargo is now discharged, released, and absolved from any and all liability under the Writ, and the above Orders. This release and discharge includes any obligations to Plaintiffs, Defendants, account holder Aero Continente, or any other third parties that may claim an interest in the funds or accounts that are the subject of the Writ or the Court's Order (D.E. 69). Plaintiffs and Garnishee are conferring in good faith regarding Garnishee's attorneys fees.

Respectfully submitted on July 27, 2020,

/s/ Alex C. Lakatos
Alex C. Lakatos (DC Bar No. 453763)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Telephone No. (202) 263-3312
Facsimile No. (202) 263-3300
E-mail: alakatos@mayerbrown.com
*Counsel for Garnishee, Wells Fargo Bank, N.A.*

/s/ Newton Porter
NEWTON P. PORTER
(Bar ID: 432052833738)
nporter@porterandkorvick.com
PORTER & KORVICK, P.A.
9655 South Dixie Highway Suite 208
Miami, FL 33156
Telephone (305) 373-5040
Facsimile (305) 668-9154
*Counsel for Plaintiffs*

/s/ Tony Korvick
TONY KORVICK
(Bar ID: FL 0003)
tkorvick@porterandkorvick.com
PORTER & KORVICK, P.A.
9655 South Dixie Highway Suite 208
Miami, FL 33156
Telephone: (305) 373-5040
Facsimile: (305) 668-9154
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system.

                      /s/ Alex C. Lakatos _____
                      ALEX C. LAKATOS
                      *Counsel for Wells Fargo Bank, N.A.*