UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH STANSELL, et al. )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>FARC et al., )<br>)<br>Defendants. )<br>                                 ) | Case No.: 1:10-mc-00471-TJK |

**PLAINTIFFS' NOTICE OF SETTLEMENT
& REQUEST TO MAINTAIN STAY ON DOCKET ENTRIES 52 AND 54**

Plaintiffs hereby report that on November 23, 2020, the Southern District of Florida entered an agreed Final Judgment in the Wells Fargo Bank interpleader action resolving all competing claims from the terrorism victim judgment creditors (*Stansell*, *Pescatore* and *Caballero* victims) and the Honduran bankruptcy liquidator claims to the Banco Continental, S.A. blocked assets[1] held by Garnishee Wells Fargo Bank, N.A. in *Wells Fargo Bank N.A. vs. Antonio Caballero et al.*, SDFL Case No. 1:20-cv-20868-CMA [Doc. Entry 139].

The Judgment requires Garnishee to wire transfer each settling claimants' share of the blocked assets on December 24, 2020, at which time Garnishee will be discharged of all liability, and the interpleader action will be closed. Plaintiffs shall file an update status report before January 1, 2021 to advise this Court upon completion of the Garnishee wire transfers. Plaintiffs request that the Court take no action on the two pending motions remaining in this Court:

- Doc. Entry 52: Plaintiffs' Motion for TRIA Turnover Judgment
- Doc. Entry 54: Wells Fargo Bank Motion for Partial Stay in Garnishment Proceedings Pending Resolution of Related Interpleader Action

---

[1] Garnishee is also holding several blocked wire transfers involving Banco Continental, S.A. which are not included in the interpleader turnover judgment, but will be addressed separately in the bankruptcy proceeding. See Doc. Entry 67. Plaintiffs will report to the Court upon final disposition of these additional wire transfers.

Respectfully submitted November 25, 2020

| | |
|---|---|
| /s/ Newton P. Porter_____ | /s/ Tony Korvick_____ |
| NEWTON P. PORTER (Bar ID: 432052) | TONY KORVICK (Bar ID: FL 0003) |
| nporter@porterandkorvick.com | tkorvick@porterandkorvick.com |
| PORTER & KORVICK, P.A. | PORTER & KORVICK, P.A. |
| 9655 South Dixie Highway Suite 208 | 9655 South Dixie Highway Suite 208 |
| Miami, Florida 33156 | Miami, Florida 33156 |
| Telephone:   (305) 373-5040 | Telephone:   (305) 373-5040 |
| Facsimile:   (305) 668-9154 | Facsimile:   (305) 668-9154 |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 25, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served the foregoing document by electronic mail to the following persons:

OFFICE OF FOREIGN ASSETS CONTROL
U.S. Department of the Treasury
1500 Pennsylvania Ave. NW
Washington D.C. 20220
*[by email directly to OFAC counsel in compliance with*
*litigation reporting requirements of 31 CFR 501.605]*

/s/ Tony Korvick_____
TONY KORVICK
(Bar ID: FL 003)
tkorvick@porterandkorvick.com
PORTER & KORVICK, P.A.
9655 South Dixie Highway Suite 208
Miami, Florida 33156
Telephone:   (305) 373-5040
Facsimile:   (305) 668-9154
Attorneys for Plaintiff