IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH STANSELL, et al.,

    Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES OF COLOMBIA ("FARC"), et al.,

    Defendants.
_____/

CASE NO.: 1:10-mc-000471-TJK

**SUGGESTION OF DEATH AND**
**UNOPPOSED MOTION TO SUBSTITUTE PROPER PARTY**

    Plaintiff, JONATHAN JANIS, as the son and one of three surviving heirs of JUDITH JANIS, deceased, files this Suggestion of Death and Unopposed Motion to Substitute Proper Party pursuant to Fed. R. Civ. P. 25(a)(1) and states:

    1.    Plaintiff, JUDITH JANIS, died on March 4, 2025 at the age of 76. JUDITH JANIS was the widow of Tom Janis, executed by the FARC, and never remarried. Ms. Janis is survived by her three sons Jonathan, Michael and Chrsitopher Janis, each Plaintiffs in this action. The Colorado Certificate of Death, issued March 24, 2025, properly redacted, is attached as **Ex. 1**.

    2.    JONATHAN JANIS has been appointed as Personal Representative of the Estate of Judith Janis. *See* Estate of Judith Janis, District Court, El Paso County Colorado, Case No.: 2025PR161, Letters Testamentary, April 16, 2025. **Ex. 2**.

1

3. JUDITH JANIS, at the time of her death was the sole heir at law of decedent GREER JANIS, a judgment creditor in this action. *See* Min. Entry Nov. 3, 2016 (granting substitution).

4. JUDITH JANIS died as a plaintiff judgment creditor owning an interest in the June 15, 2010 Anti-Terrorism Act final judgment rendered in her [and other Plaintiffs'] favor [Doc. 1], and owning the interest of this same Judgment [Doc. 1] of judgment creditor Greer Janis by operation of law. *See* Min. Entry Nov. 3, 2016 (granting substitution).

5. At the time of her death, JUDITH JANIS was a permanent resident of the State of Colorado. JUDITH JANIS' final judgment, and as the sole heir of Greer Janis, the final judgment of Greer Janis, are not extinguished, and the right to execute thereon, survives JUDITH JANIS' death, and may be maintained by the legal representative and passes by operation of Colorado law to her surviving heirs Jonathan Janis, Michael Janis and Christopher Janis, her sons and Plaintiffs here:

> The collection of the judgments of courts of record shall not be delayed nor hindered by the death of the plaintiff or person in whose name the judgment exists, but the executor or administrator, as the case may be, may cause the letters testamentary or of administration to be recorded in the court in which the judgment exists, after which execution may issue and proceedings had thereon in the name of the executor or administrator as such, in the same manner that could or might be done, if the judgment exists or remains in the name and in favor of the executor or administrator in his capacity as such executor or administrator.

C.R.S.A. § 13-58-103, *Death of plaintiff—substitution.*[1] *See* C.R.S.A. § 13-20-101. ("All causes of action, except actions for slander or libel, shall survive and may be brought or

---

[1] *Accord* DC Stat. § 12-101, *Survival of rights of action* ("On the death of a person in whose favor or against whom a right of action has accrued for any cause prior to his death, the right of action, for all such cases, survives in favor of or against the legal representative of the deceased."); Fla. Stat. § 46.021

continued notwithstanding the death of the person in favor of or against whom such action has accrued").

WHEREFORE Plaintiffs request entry of an Order substituting JONATHAN JANIS, as Personal Representative of the Estate of JUDITH JANIS, as the proper party plaintiff for JUDITH JANIS, deceased, to prosecute the claims of Judith Janis and Greer Janis for the sole heirs of Judith Janis - Jonathan, Michael and Christopher Janis in this action (proposed Order **Ex. 3**).

### DDC LCvR 7(m) Certification

DDC Local Rule 7(m) is inapplicable at this time.

Dated: April 29, 2025

Respectfully Submitted,

| | |
|---|---|
| /s/ NEWTON P. PORTER | /s/ TONY P. KORVICK |
| NEWTON P. PORTER | TONY P. KORVICK |
| D.C. Bar No. 432052 | D.C. Bar No. FL 003 |
| PORTER & KORVICK, P.A. | PORTER & KORVICK, P.A. |
| 4000 Ponce de Leon Blvd Suite 470 | 4000 Ponce de Leon Blvd Suite 470 |
| Coral Gables, Florida 33146 | Coral Gables, Florida 33146 |
| Telephone: (305) 373-5040 | Telephone: (305) 373-5040 |
| nporter@porterandkorvick.com | tkorvick@porterandkorvick.com |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |

---

Actions; surviving death of party.—"No cause of action dies with the person. All causes of action survive and may be commenced, prosecuted, and defended in the name of the person prescribed by law."

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served the foregoing document by electronic mail to the following:

OFFICE OF FOREIGN ASSETS CONTROL
U.S. Department of the Treasury
1500 Pennsylvania Ave. NW
Washington DC
*[by email service directly to OFAC counsel in compliance with 31 CFR 501.605]*

          /s/ NEWT PORTER
          NEWTON P. PORTER
          D.C. Bar No. 432052
          Attorneys for Plaintiffs
          PORTER & KORVICK, P.A.
          4000 Ponce de Leon Blvd Suite 470
          Coral Gables, Florida 33146
          Telephone:   (305) 373-5040
          nporter@porterandkorvick.com
          Attorneys for Plaintiffs